■ DIANE P. LASKEY, Respondent, v DOUGLAS P. LASKEY, Appellant. [963 NYS2d 910]—Appeal from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered March 12, 2012. The order, among other things, granted the motion of plaintiff for equitable distribution of defendant's pension.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Burns v Burns*, 84 NY2d 369, 376-377 [1994]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.